**DAVID E. ERICKSON, STATE BAR NO. 88636**
**DONAHUE BATES BLAKEMORE & MACKEY**
83 Scripps Drive, Suite 200
Sacramento, California 95825
Telephone: (916) 648-7444
Facsimile: (916) 648-7447

Attorneys for Defendant,
Granite City Tool Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMEGA DIAMOND, INC., | CASE NO. CV-05-1449 DFL GGH |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR FILING AND SERVICE OF JOINT STATUS CONFERENCE STATEMENT; DECLARATION AND PROPOSED ORDER |
| v. | |
| GRANITE CITY TOOL COMPANY, | |
| Defendants. | |

It is hereby stipulated by and between plaintiff Omega Diamond, Inc. and defendant Granite City Tool Co., by and through their attorneys, Rajiv S. Dharnidharka, and Stephen J. Mackey, respectively, that the deadline for filing and service of the joint status conference statement currently due on September 16, 2005, be extended through and including September 30, 2005.

Approved as to form and content:

DATED: September 19, 2005        DONAHUE BATES
                                  BLAKEMORE & MACKEY

                                  By_____/S/_____
                                     David E. Erickson
                                     Attorney for Defendant
                                     Granite City Tool Company

*Stipulation to Extend Deadline for*                         CV-10449-DFL GGH
*Joint Status Conference Statement*           -1-

1    Approved as to form and content:

2  DATED:                                   DLA Piper Rudnick Gray Cary US LLP

3

4

5                                           By_____/S/_____
                                               Rajiv Dharnidharka
                                               Attorney for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Extend Deadline for*                                      CV-10449-DFL GGH
*Joint Status Conference Statement*        -2-

1  **STEPHEN J. MACKEY, STATE BAR NO. 131203**
   **DAVID E. ERICKSON, STATE BAR NO. 88636**
2  **DONAHUE BATES BLAKEMORE & MACKEY**
   83 Scripps Drive, Suite 200
3  Sacramento, California 95825
   Telephone: (916) 648-7444
4  Facsimile: (916) 648-7447

5  Attorneys for Defendant,
   Granite City Tool Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| OMEGA DIAMOND, INC., | CASE NO. CV-01449 DFL GGH |
|---|---|
| Plaintiff, | DECLARATION OF STEPHEN J. MACKEY IN SUPPORT OF STIPULATION TO EXTEND DEADLINE TO FILE AND SERVE JOINT STATUS CONFERENCE STATEMENT |
| v. | |
| GRANITE CITY TOOL COMPANY, | |
| Defendants. | |
| _____/ | |

I am an attorney licensed to practice before all of the courts of the State of California and before the United States District Court, Eastern District of California, and my firm Donahue Bates Blakemore & Mackey represents Defendant Granite City Tool Co., in the above-entitled matter.

We have only very recently become involved in the defense of this matter, first learning of the litigation on or about September 7, 2005, and are attempting to investigate the facts and circumstances surrounding this litigation as expeditiously as possible. However, we need more time to gather sufficient information to meaningfully confer with opposing counsel to prepare as accurate and complete joint status conference report as possible. In part, the need for additional time is based on geographical concerns. While Plaintiff is located in Loomis, California, defendant Granite City Tool Co., is incorporated in Minnesota and its principal place of business is located at 247 28th

*Declaration of Stephen J. Mackey*       -3-        CV-10449-DFL GGH

1 Avenue South, Waite Park, Minnesota. In addition, Defendant's response to Plaintiff's
2 operative complaint is not due until September 15, 2005, so a brief extension of this
3 deadline would not seem to unduly delay progress on this litigation. Accordingly, I
4 believe that a brief extension of this deadline would be in the best interest of my client,
5 and that a brief extension may actually save the court's time and the time and money of
6 the parties.

7 On September 14, 2005, I spoke by telephone with attorney Rajiv Dharnidharka, of
8 the law firm of DLA Piper Rudnick Gray Carey US LLP, counsel representing plaintiff
9 Omega Diamond, Inc., in the above entitled action.  Mr. Dharnidharka initially broached
10 the subject of seeking this extension and advised that on behalf of his client that a two-
11 week extension of the deadline within which to file and served the joint status conference
12 statement would be in the best interest of his client.

13 I declare under penalty of perjury that the foregoing is true and correct, is based
14 upon my personal knowledge of the facts set forth herein, and that if called upon to testify
15 to the facts set forth in this declaration, I could do so competently.

16
DATED: September 19, 2005                    DONAHUE BATES
17                                             BLAKEMORE & MACKEY
18

19                                             By_____/S/_____
                                                    Stephen J. Mackey
20

21

22

23

24

25

26

27

28 *Declaration of Stephen J. Mackey*          -4-                      CV-10449-DFL GGH

**DAVID E. ERICKSON, STATE BAR NO. 88636**
**DONAHUE BATES BLAKEMORE & MACKEY**
83 Scripps Drive, Suite 200
Sacramento, California 95825
Telephone: (916) 648-7444
Facsimile: (916) 648-7447

Attorneys for Defendant,
Granite City Tool Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMEGA DIAMOND, INC., | CASE NO. CV-01449 DFL GGH |
| Plaintiff, | ORDER GRANTING EXTENSION OF DEADLINE TO FILE AND SERVE JOINT STATUS CONFERENCE STATEMENT |
| v. | |
| GRANITE CITY TOOL COMPANY, | |
| Defendants. | |

GOOD CAUSE APPEARING based upon the stipulation of the parties by and through their respective attorneys and the attached Declaration of attorney Stephen J. Mackey, counsel for defendant Granite City Tool Co., it is hereby ordered that the deadline for filing and service of the joint status conference statement in the above entitled matter, currently due on September 16, 2005, be extended through and including September 30, 2005.

DATED: 9/16/2005

_____
DAVID F. LEVI
United States District Judge

*Order Granting Extension of Deadline to File and Serve Joint Status Conference Statement*   5   CV-10449-DFL GGH