DOWNEY BRAND LLP
WILLIAM R. WARNE (BAR NO. 141280)
MICHAEL J. THOMAS (BAR NO. 172326)
RALPH R. NEVIS (BAR NO. 202730)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant and Counterclaimant
Granite City Tool Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| OMEGA DIAMOND, INC., | Case No.  2:05-CV-01449-DFL-GGH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DATE OF INITIAL DISCLOSURES** |
| v. | |
| GRANITE CITY TOOL COMPANY, | |
| Defendant. | |
| GRANITE CITY TOOL COMPANY, | |
| Counterclaimant, | |
| v. | |
| OMEGA DIAMOND, INC., | |
| Counterdefendant. | |

THE PARTIES TO THIS ACTION HEREBY STIPULATE AND AGREE AS FOLLOWS:

Defendant and Counterclaimant Granite City Tool Company ("Granite") and Plaintiff and Counterdefendant Omega Diamond, Inc. ("Omega") have agreed to postpone the date on which they will provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).  The initial disclosures were due October 31, 2005.  Due to the parties' efforts to economically resolve

this matter, they have agreed to postpone the initial disclosures, subject to further extensions as agreed between them. The parties' initial disclosures are now due to be served on or before November 11, 2005.

The parties jointly request that the Court issue an order consistent with this stipulation.

DATED: October 28, 2005                DOWNEY BRAND LLP


By:   /s/ William R. Warne
         WILLIAM R. WARNE
   Attorneys for Defendant and Counterclaimant
         Granite City Tool Company


DATED: October 28, 2005                DONAHUE BATES BLAKEMORE & MACKEY


By: /s/ David E. Erickson (as authorized on 10/28/05)
         DAVID E. ERICKSON
   Attorneys for Defendant and Counterclaimant
         GRANITE CITY TOOL COMPANY


DATED: October 28, 2005                DLA PIPER RUDNICK GRAY CARY US LLP


By:/s/ Rajiv Dharnidharka (as authorized on 10/28/05)
         RAJIV DHARNIDHARKA
   Attorneys for Plaintiff and Counter-Defendant
         OMEGA DIAMOND, INC.


**IT IS SO ORDERED:**

DATE: 11/1/2005

_____
DAVID F. LEVI
United States District Judge