DOWNEY BRAND LLP
WILLIAM R. WARNE (BAR NO. 141280)
MICHAEL J. THOMAS (BAR NO. 172326)
RALPH R. NEVIS (BAR NO. 202730)          **OK/HAV**
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant and Counterclaimant
Granite City Tool Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| OMEGA DIAMOND, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>GRANITE CITY TOOL COMPANY,<br><br>                    Defendant. | Case No.  2:05-CV-01449-DFL-GGH<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DATE OF INITIAL DISCLOSURES AND CONTINUANCE OF STATUS CONFERENCE** |
| GRANITE CITY TOOL COMPANY,<br><br>                    Counterclaimant,<br><br>        v.<br><br>OMEGA DIAMOND, INC.,<br><br>                    Counterdefendant. | |

THE PARTIES TO THIS ACTION HEREBY STIPULATE AND AGREE AS

FOLLOWS:

        Defendant and Counterclaimant Granite City Tool Company ("Granite") and Plaintiff and

Counterdefendant Omega Diamond, Inc. ("Omega") agreed to postpone the date on which they

will provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) from October

31, 2005, to November 11, 2005, due to the parties' efforts to economically resolve this matter;

711310.1                                                  1

PDF created with pdfFactory trial version www.pdffactory.com

1    On November 1, 2005, this Court issued an order requiring the parties' initial disclosures
2    to be served on or before November 11, 2005;

3    On November 4, 2005, this Court set the matter for a status conference to be held on
4    November 18, 2005, at 10:00 a.m.; and

5    The parties' efforts to reach a negotiated resolution are active and ongoing.  The parties
6    require additional time to work out the terms of a settlement.  The parties agree that it is in both of
7    their interests to avoid the time and expense of preparing initial disclosures.  The parties also
8    agree that it is in their interest, and in the interest of the Court, to reset the status conference
9    currently set for November 18, 2005, in order to allow the parties sufficient time to conclude the
10   matter without further consumption of judicial resources.

11   On November 10, 2005, Omega's counsel contacted the Court and obtained approval from
12   Courtroom Deputy Vine to request that the status conference be reset to December 2, 2005, at
13   10:00 a.m.

14   Based on the foregoing, Omega and Granite City jointly request that the Court issue an
15   order requiring the parties to serve initial disclosures no later than December 2, 2005, and an
16   order continuing the November 18, 2005, status conference to December 2, 2005, at 10:00 a.m.

17   DATED:  November 10, 2005              DOWNEY BRAND LLP

18

19                                        By: /s/ Ralph R. Nevis*
20                                        _____
                                          RALPH R. NEVIS
                                          Attorneys for Defendant and Counterclaimant
21                                        Granite City Tool Company

22   DATED:  November 10, 2005              DONAHUE BATES BLAKEMORE & MACKEY

23

24

25                                        By:  /s/ David E. Erickson *
                                          _____
                                          DAVID E. ERICKSON
                                          Attorneys for Defendant and Counterclaimant
26                                        GRANITE CITY TOOL COMPANY

27

28

711310.1                                           2

PDF created with pdfFactory trial version www.pdffactory.com

1   DATED:  November 10, 2005              DLA PIPER RUDNICK GRAY CARY US LLP

2

3                                          By: /s/ Rajiv Dharnidharka*
                                               RAJIV DHARNIDHARKA
4                                          Attorneys for Plaintiff and Counter-Defendant
                                               OMEGA DIAMOND, INC.
5
                                           *Original signatures retained by attorney Ralph R. Nevis
6

7   **IT IS SO ORDERED:**

8   DATE:  11/21/2005

9

10                                         DAVID F. LEVI
                                           United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com