1  SCOTT W. PINK (Bar No. 122383)
   RAJIV S. DHARNIDHARKA (Bar No. 234756)
2  **DLA PIPER RUDNICK GRAY CARY US LLP**
   400 Capitol Mall, Suite 2400
3  Sacramento, CA  95814-4428
   Attorneys for Plaintiff and Counter-Defendant
4  OMEGA DIAMOND TOOL, INC.

5  DAVID ERICKSON (Bar No. 88636)
   **DONAHUE BATES BLAKEMORE &**
6  **MACKEY**
   83 Scripps Drive, Suite 200
7  Sacramento, CA 95825
   Attorneys for Defendant and Counterclaimant
8  GRANITE CITY TOOL COMPANY

9  WILLIAM R. WARNE (Bar No. 141280)
   MICHAEL J. THOMAS (Bar No. 172326)
10 RALPH R. NEVIS (Bar. No. 202730)
   **DOWNEY BRAND LLP**
11 555 Capitol Mall, Tenth Floor
   Sacramento, CA 95814
12 Attorneys for Defendant and Counterclaimant
   GRANITE CITY TOOL COMPANY

13

14                    UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16                         SACRAMENTO DIVISION

17

18 OMEGA DIAMOND TOOL, INC.,          CASE NO. CV-05-1449 DFL GGH

19             Plaintiff,             **STIPULATION FOR ORDER DISMISSING
                                      ACTION WITH PREJUDICE**
20     v.

21 GRANITE CITY TOOL COMPANY,

22             Defendant.

23 GRANITE CITY TOOL COMPANY,

24             Counterclaimant,       Complaint Filed: July 15, 2005

25     v.

26 OMEGA DIAMOND TOOL, INC.,          The Honorable David F. Levi

27             Counter-Defendant.

28     Plaintiff and Counter-Defendant Omega Diamond Tool, Inc. ("Omega") and Defendant

                                      -1-

DLA PIPER RUDNICK
GRAY CARY US LLP

C:\Documents and
Settings\bm18321\Local

STIPULATION FOR ORDER
CV.-01449 DFL GGH

1   and Counter-Claimant Granite City Tool Company ("Granite City") hereby agree, by and through

2   their respective counsel, that the Court may enter an order dismissing the entire action with

3   prejudice, including the Complaint filed by Omega on July 18, 2005 and the Amended

4   Counterclaim filed by Granite City on September 19, 2005.  Each party shall bear their own

5   attorney's fees and costs of action.

6

7   Dated:  May 8, 2006

8                                                     DLA PIPER RUDNICK GRAY CARY US LLP

9

10                                                    By   /s/ Scott W. Pink
                                                        SCOTT W. PINK
11                                                      RAJIV S. DHARNIDHARKA
                                                        Attorneys for Plaintiff and Counter-Defendant
12                                                      OMEGA DIAMOND, INC.

13  Dated:  May 8, 2006                              DONAHUE BATES BLAKEMORE & MACKEY

14

15                                                    By   /s/ David E. Erickson
                                                        DAVID E. ERICKSON
16                                                      Attorneys for Defendant and Counterclaimant
                                                        GRANITE CITY TOOL COMPANY
17

18  Dated:  May 8, 2006                              DOWNEY BRAND LLP

19

20                                                    By   /s/ William R. Warne
                                                        WILLIAM R. WARNE
21                                                      MICHAEL J. THOMAS
                                                        RALPH R. NEVIS
22                                                      Attorneys for Defendant and Counterclaimant
                                                        GRANITE CITY TOOL COMPANY
23

24  IT IS SO ORDERED.

25  /s/ David F. Levi
    UNITED STATES DISTRICT JUDGE
26
    Dated:_May 9, 2006
27

28

                                                 -2-

DLA PIPER RUDNICK
GRAY CARY US LLP

C:\Documents and
Settings\bm18321\Local

STIPULATION FOR ORDER
CV.-01449 DFL GGH